IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TERRIUS TVON RENDER,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.
_____/

Case No. 5D23-1472
LT Case No. 2019-CF-86

Opinion filed May 5, 2023

Petition for Belated Appeal,
A Case of Original Jurisdiction.

Matthew R. McLain, of McLain Law,
P.A., Longwood, for Petitioner.

No Appearance for Respondent.


PER CURIAM.

  The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the November 21, 2022 judgment and sentence rendered in Case No. 2019-

CF-86, in the Circuit Court in and for Lake County, Florida. *See* Fla. R.

App. P. 9.141(c)(6)(D).

PETITION GRANTED.

MAKAR, JAY and HARRIS, JJ., concur.